## UNITED STATES DISTRICT COURT
## IN THE WESTERN DISTRICT OF MICHIGAN

BARBARA ANN SMOOT and
JOHN R. SMOOT, husband and wife,

   Plaintiffs,

v.

NEW ENGLAND
COMPOUNDING PHARMACY, INC.,
et al.

   Defendants.

Case No.: 1:12-cv-01367-RJJ

_____/

### NOTICE OF STAY BY REASON OF BANKRUPTCY

  The defendant, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB.  Pursuant to 11 U.S.C. § 362(a) all actions against NECC are stayed.

**BOWMAN AND BROOKE LLP**

BY: /s/ David L. Campbell
  DAVID L. CAMPBELL (P66287)
  CARMEN M. BICKERDT  (P62874)
  Attorneys for New England Compounding
   Pharmacy, Inc.
  41000 Woodward Avenue, Suite 200 East
  Bloomfield Hills, MI 48304
  (248) 205-3300
  david.campbell@bowmanandbrooke.com
  carmen.bickerdt@bowmanandbrooke.com

## **CERTIFICATE OF SERVICE**

I certify that on December 28, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

**BOWMAN AND BROOKE LLP**

BY:  /s/ David L. Campbell
DAVID L. CAMPBELL (P66287)
CARMEN M. BICKERDT  (P62874)
Attorneys for New England Compounding
 Pharmacy, Inc.
41000 Woodward Avenue, Suite 200 East
Bloomfield Hills, MI 48304
(248) 205-3300
david.campbell@bowmanandbrooke.com
carmen.bickerdt@bowmanandbrooke.com