## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| BARBARA ANN SMOOT and JOHN R. SMOOT, husband and wife, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NEW ENGLAND COMPOUNDING )<br>PHARMACY, INC. d/b/a NEW ENGLAND )<br>COMPOUNDING CENTER, a )<br>Massachusetts Corporation; GREGORY )<br>A. CONIGLIARO, BARRY J. CADDEN )<br>and LISA CONIGLIARO CADDEN, )<br>)<br>Defendants. )<br>_____ ) | **NOTICE OF FILING**<br>**MDL NOTICE**<br><br>Civil Action No. 1:12-cv-01367-RJJ |

_____

Daniel O. Myers (P49250)
The Law Offices of Daniel O. Myers
Dingeman, Dancer & Christopherson,
     P.C. (of counsel)
100 Park Street
Traverse City, MI  49684
Phone: (231) 929-0500 ext. 122
Fax: (231) 929-0504
Email: dmyers@domlawoffice.com

Mark R. Dancer (P47614)
Heidi M. Hodek (P73966)
Dingeman, Dancer & Christopherson,
     P.C.
100 Park Street
Traverse City, MI  49684
Phone: (231) 929-0500
Fax: (231) 929-0504
Email: mdancer@ddc-law.com
           hhodek@ddc-law.com

_____

Plaintiffs, BARBARA ANN SMOOT and JOHN R. SMOOT, by and through their attorneys, The Law Offices of Daniel O. Myers, LLC and Dingeman, Dancer and Christopherson, P.C., give notice that they filed a Notice of Related Cases identifying this case as a "Related Case" in MDL Docket 2419 IN RE: NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY LITIGATION before the Judicial Panel on Multidistrict Litigation.  A copy of the Notice of Related Cases is filed herewith as Exhibit A.

Dated: January 11, 2013

Respectfully Submitted,

/s/ Daniel O. Myers\_\_\_\_
Daniel O. Myers (P49250)
The Law Offices of Daniel O. Myers
Dingeman, Dancer & Christopherson, P.C. (of counsel)
100 Park Street
Traverse City, MI  49684
Phone:       (231) 929-0500 ext. 122
Fax:            (231) 929-0504
Email: dmyers@domlawoffice.com

Mark R. Dancer (P47614)
Heidi M. Hodek (P73966)
Dingeman, Dancer & Christopherson, P.C. (of counsel)
100 Park Street
Traverse City, Michigan  49684
Phone:       (231) 929-0500
Fax:            (231) 929-0504
Email: mdancer@ddc-law.com
           hhodek@ddc-law.com